JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS ODEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES LTD.,<br><br>　　　　Defendant | CASE NO. 2:16-CV-08489-MWF (MRWx)<br><br>ORDER GRANTING JOINT STIPULATION TO DISMISS |

## ORDER

Based on the above stipulation of counsel and the records and files in this case, IT IS ORDERED that this case be dismissed without prejudice and without costs to any party.

DATED this 31st day of May, 2018.

_____
United States District Judge